**Affidavit of Donna Brandenburg pursuant to Fed. R. Civ. P. 65(b)(1)(A)**

Donna Brandenburg being sworn states:

1. I submitted Nominating Petitions for the office of Michigan Governor in two separate submissions that had an estimated number of 27,500 signatures.
2. I incorporate the statement of facts from my verified complaint in this matter here.
3. That the Michigan Primary Election will be held on August 2, 2022, and that the Secretary of State, the Bureau of Election, and the Board of State Canvassers have certified the candidates which did not include the Plaintiff Donna Brandenburg.
4. The failure to certify was challenged in the Michigan Supreme Court which has original jurisdiction pursuant to MCL 168.522(12) which was rejected by order of the Court on June 6, 2022.
5. I sought mandamus, injunctive and declaratory relief and raised federal issues which included:
    a. Denial of Substantive Due Process;
    b. Denial of Procedural Due Process;
    c. Violation of the Separation of Powers Doctrine; and
    d. Denial of Equal Protection.
    e. The eligibility for the office of Governor is defined in the Michigan Constitution on qualifications of Office may not be added by the legislature or secretary of state, Bureau of election or the board of state canvassers
6. The Michigan Supreme Court either failed to consider or if considered, failed to discuss the matters raised in their order denying relief.
7. That specific facts exist that clearly show that immediate and irreparable injury, loss, or damage will result to the movant before the adverse party can be heard in opposition in the event that the Court does not enter the relief sought. The specific facts include:
    a. The Michigan Primary Ballots will be printed and distributed to all election clerks without her name essentially denying her the right to appear on the 2022 Michigan Republican Primary Ballot.
    b. In addition, the denial of access to the records of other candidates by the Defendants has impaired her ability to investigate the claims made that were used

to deny her from being on the ballot and to compare the application of the process to other candidates to ensure due process and equal application.

c. Finally, the destruction of any material that will help to understand the process by the Bureau of Elections staff in evaluating the Nominating Petitions will materially impair the transparency and evaluation of the process conducted.

I submit this affidavit under oath and under penalty of perjury.

Donna Brandenburg Date:

**State of Michigan**

**County of_________**

On this 16th day of June 2022 before me, a Notary Public, in and for said County, personally appeared before me the above Donna Brandenburg, and made oath that she has read the

foregoing Complaint and acknowledged the same to be her free act and deed.

___________________________________, Notary Public

County of ___________________

Acting in_____________County