to deny her from being on the ballot and to compare the application of the process to other candidates to ensure due process and equal application.

c. Finally, the destruction of any material that will help to understand the process by the Bureau of Elections staff in evaluating the Nominating Petitions will materially impair the transparency and evaluation of the process conducted.

I submit this affidavit under oath and under penalty of perjury.

Donna Brandenburg [signature] Date: 6-16-2022

**State of Michigan**

**County of** KENT

On this 16th day of June 2022 before me, a Notary Public, in and for said County, personally appeared before me the above Donna Brandenburg, and made oath that she has read the

foregoing Complaint and acknowledged the same to be her free act and deed.

DANIEL J. LANGDON, Notary Public

County of KENT

Acting in KENT County

[seal] KENT

c. A violation of the Separation of Powers Doctrine

d. A violation of Equal protection

e. An unconstitutional limit on the Michigan Constitutional requirements contained being added by legislative and executive action without the authority to amend or supplement the Michigan Constitution.

Respectfully Submitted,

Dated: June 16, 2022

By: /s/Daniel J. Hartman (P52632)
Attorney for Plaintiff

## VERIFICATION

I, Donna Brandenburg declare that the above statements are true to the best of my information, knowledge, and belief.

June 16, 2022

Signed:______________________________

State of Michigan

County of KENT

On this 16th day of June,2022 before me, a Notary Public, in and for said County, personally appeared before me the above Donna Brandenburg, and made oath that she has read the foregoing Complaint and acknowledged the same to be her free act and deed.

DANIEL J LANGDON, Notary Public County of KENT Acting in KENT County