**UNITED STATES DISTRICT COURT**

**FOR THE WESTERN DISTRICT OF MICHIGAN**

**SOUTHERN DIVISION**

**DONNA BRANDENBURG**, Case No.

Plaintiff, Hon.

vs.

**MICHIGAN BOARD OF STATE CANVASSERS**;

**JOCELYN BENSON**, in her official capacity as Secretary of State; and

**JONATHAN BRATER**, in his official capacity as Director of the Michigan Bureau of Elections,

Defendants.

---

LAW OFFICE OF DANIEL J. HARTMAN
Daniel J. Hartman (P52632)
Attorney for Plaintiff
PO Box 307
Petoskey, MI 4977-
(231) 348-5100
danjh1234@yahoo.com

---

**Attorney Certification of Compliance with**
**LCivR 7.1 (d) Fed. R. Civ. P. 65(b)(1)(b)**

Attorney Hartman certifies that Attorney Hartman has sought concurrence in the relief sought in this motion by attempting the following contact on June 16, 2022 between the hours of 9:00 AM and 10:00 AM with Assistant Attorney General Heather Meingast at (517) 335-7659 and left a message with "Lisa," Ms. Meingast's secretary and sent Ms. Meingast an email (meingasth@michigan.gov)

seeking concurrence for this Motion; Defendant Board of Canvassers by email (mdos-canvassers@michigan.gov); Defendant Jocelyn Benson by email(bensonj4@michigan.gov); and Jonathon Brater by email (braterj@michigan.gov).

It is now June 21, 2022, and I have not received a reply email or phone call.

Dated 6/21/2022

/s/Daniel J. Hartman (P52632)
Attorney for Plaintiff