UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DONNA BRANDENBURG,

Plaintiff,

v

MICHIGAN BOARD OF STATE CANVASSERS, JOCELYN BENSON, in her official capacity as Secretary of State and JONATHAN BRATER, in his official capacity as Director of the Bureau of Elections,

Defendants.

No. 1:22-cv-00569

HON. HALA Y. JARBOU

MAG. PHILLIP J. GREEN

Daniel J. Hartman (P52632)
Attorney for Plaintiff
P.O. Box 307
Petoskey, Michigan 49770
231.348.5100

Heather S. Meingast (P55439)
Erik A. Grill (P64713)
Assistant Attorneys General
Attorneys for Defendants
P.O. Box 30736
Lansing, Michigan 48909
517.335.7659
meingasth@michigan.gov
grille@michigan.gov
/

**STATE DEFENDANTS' MOTION TO DISMISS**

State Defendants Michigan Board of State Canvassers, Secretary of State Jocelyn Benson, and Director of Elections Jonathan Brater, by their attorneys, move under Fed. R. Civ. P. 12(b)(1) and (b)(6), and request that this Court dismiss Plaintiff's complaint because the claims are moot and otherwise fail to state a claim

upon which relief may be granted, for the reasons stated more fully in the accompanying brief.

Respectfully submitted,

*s/Heather S. Meingast*
Heather S. Meingast (P55439)
Erik A. Grill (P64713)
Assistant Attorneys General
Attorneys for Defendant
P.O. Box 30736
Lansing, Michigan 48909
517.335.7659
Email: meingasth@michigan.gov
(P55439)

Dated: July 15, 2022

**CERTIFICATE OF SERVICE**

I hereby certify that on July 15, 2022 I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing of the foregoing document as well as via US Mail to all non-ECF participants.

*s/Heather S. Meingast*
Heather S. Meingast (P55439)
Attorney for Defendant
P.O. Box 30736
Lansing, Michigan 48909
517.335.7659
Email: meingasth@michigan.gov
(P55439)