**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

**DONNA BRANDENBURG**, Case No. 1:22-cv-569

Plaintiff, Hon. Hala Y. Jarbou

vs.

**MICHIGAN BOARD OF STATE CANVASSERS**;

**JOCELYN BENSON**, in her official capacity as Secretary of State; and

**JONATHAN BRATER**, in his official capacity as Director of the Michigan Bureau of Elections,

Defendants.

---

Daniel J. Hartman (P52632)
Attorney for Plaintiff
PO Box 307
Petoskey, MI 49770
(231) 348-5100
Danjh1234@yahoo.com

Heather S. Meingast (P55439)
Erik A Grill (P64713)
Asst Attorney Generals
Attorney for Defendants
PO BOX 30736
Lansing, MI 48909
(517) 335-7659
meingasth@michigan.gov
grille@michigan.gov

**VOLUNTARY DISMISSAL; ORDER**

Plaintiff Donna Brandenburg moves this court to enter an order dismissing the case for the reason that the issues were determined to be untimely by the court

in the order dated 7/07/22 and for the reason that Plaintiff has filed to be on the ballot as a third party for Michigan Governor.

Dated: 8/19/22

/s/ Daniel J. Hartman
Daniel J Hartman P52632

**ORDER**

This matter is dismissed with prejudice.

Dated: 8/22/2022

/s/ HALA Y. JARBOU
Hala Y. Jarbou
Chief United States District Judge

Consent:

Dated: 8/19/22

/s/ Heather S. Meingast
Heather Meingast (P55439)